*UNITED STATES BANKRUPTCY COURT*
**District of Puerto Rico**

| | |
|---|---|
| *In re:* <br><br> *JOSE ANTONIO DIAZ DIAZ* <br> *MARIA SOCORRO COLON DIAZ* <br><br><br> *xxx–xx–2645* <br> *xxx–xx–7501* <br><br> Debtor(s) | **Case No. 10–06211–BKT7 BKT** <br> **Chapter 7** <br><br><br><br> FILED & ENTERED ON <br> *8/31/10* |

*NOTICE*

You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

San Juan, Puerto Rico, this *August 31, 2010*

*/s/ CELESTINO MATTA–MENDEZ*
Clerk of the Court

cc: all creditors

By: *CAR*
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: apontec                Page 1 of 1                   Date Rcvd: Aug 31, 2010
Case: 10-06211                Form ID: n5009               Total Noticed: 22

The following entities were noticed by first class mail on Sep 02, 2010.
db/jdb        +JOSE ANTONIO DIAZ DIAZ,    MARIA SOCORRO COLON DIAZ,    HC 01 BOX 2070,    MOROVIS, PR 00687-7934
smg            DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg            FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg            PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
                 SAN JUAN, PR  00918
smg           +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr            +RELIABLE FINANCIAL SERVICES,    CARLOS E PEREZ PASTRANA,    PO BOX 21382,    SAN JUAN, PR 00928-1382
3023361        BANCO POPULAR DE PUERTO RICO,    AS PURCHASING AGENT,    CONSUMER BANKRUPTCY UNIT,    PO BOX 1450,
                 MAYAGUEZ PR 00681-1450
3023349        CENTENNIAL DE PR,    PO BOX 71333,    SAN JUAN, PR 00936-8433
3023350       +CHOICE CABLE TV,    PO BOX 70340,    SAN JUAN, PR 00936-8340
3023351       +CITIFINANCIAL,    P.O. BOX 15630,    WILMINGTON, DE 19850-5630
3023347        DEPTO. DE HACIENDA,    SECC CERTIFICACION,    BOX 4515, OFIC 405,    SAN JUAN, PR 00936
3023352        DISH NETWORK,    PO BOX 105169,    ATLANTA, GA 30348-5169
3023353       +DRNA,    PO BOX 366147,    SAN JUAN, PR 00936-6147
3023354       +DTOP,    PO BOX 41269,    SAN JUAN, PR 00940-1269
3023348       +FEDERAL LITIGATION DIV.,    DEPT. OF JUSTICE,    PO BOX 192,    SAN JUAN, PR 00919-0192
3023355       +KOMODIDAD DISTRIBUTORS, INC.,    PO BOX 6359,    CAGUAS, PR 00726-6359
3023356       +LCDA MARIA L ROJAS,    PO BOX 1450,    MAYAGUEZ, PR 00681-1450
3023357       +NCO FINANCIAL SYSTEMS,    654 MU OZ RIVERA AVE.,    SUITE 1813 HATO REY,    SAN JUAN, PR 00918-4123
3023358       +PRASA,    PO BOX 14580,    SAN JUAN, PR 00916
3023359        PRTC,    PO BOX 71401,    SAN JUAN, PR 00936-8501
3052165       +RELIABLE FINANCIAL SERVICES,    PO BOX 21382,    SAN JUAN PR 00928-1382
3023360        SISTEMA DE RETIRO ELA,    PO BOX 420003,    MINILLAS STA,    SAN JUAN, PR 00940

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                    **Signature:**    *Joseph Speetjens*